IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2350-WYD-KLM

SUSAN D. RITTER,

    Plaintiff,

v.

WELTMAN, WEINBERG & REIS CO., LPA,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 10), filed on January 6, 2016.  The Defendant has not filed an Answer or a Motion for Summary Judgment in this matter.  After careful review of the record, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action shall be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Weltman, Weinberg & Reis Co., LPA.  The Clerk of the Court is directed to close this case.

Dated: January 12, 2016.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge